UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD SAYLES, | Case No. C11-959-TSZ-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, the Administrative Law Judge ("ALJ") shall further evaluate the opinions of treating sources Dr. Cantini, Mr. Patterson, Mr. Quackenbush, and Ms. Montgomery. The ALJ shall then re-evaluate plaintiff's credibility and residual functional capacity. The ALJ

//

//

REPORT AND RECOMMENDATION
PAGE - 1

shall also determine what work plaintiff can perform, and the ALJ shall obtain vocational expert testimony where appropriate.

A proposed order accompanies this Report and Recommendation.

DATED this 31st day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge