UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD SAYLES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C11-959-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having considered the stipulation of the parties, docket no. 15, and the Report and Recommendation of the Honorable James P. Donohue, docket no. 16, does hereby find and ORDER:

    (1)    The Court adopts and approves the Report and Recommendation.

    (2)    The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 2nd day of November, 2011.

Thomas S. Zilly
United States District Judge

ORDER
PAGE - 1